**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward M. Vivirito, | ) No. CV-08-891-PHX-DGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| State of Arizona, | ) |
| Defendant. | ) |

The parties have filed a stipulated motion to amend the complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.  Dkt. #25.  The motion requests that Plaintiff be permitted to file the proposed amended complaint (Dkt. #26) and that Defendant's motion to dismiss (Dkt. #6) be denied as moot.  Dkt. #25 at 1.  The Court will grant the motion.

**IT IS ORDERED:**

1.    The parties' stipulated motion to amend the complaint (Dkt. #25) is **granted**.

2.    The Clerk is directed to file the proposed amended complaint (Dkt. #26).

3.    Defendant's motion to dismiss (Dkt. #6) is **denied** as moot.

DATED this 4th day of November, 2008.

David G. Campbell
United States District Judge